IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SHIRLEY THOMAS,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHN DOE and SOLCO HEALTHCARE U.S., LLC,<br><br>              Defendants. | Civil Action No. 23-01700 (RMB/SAK)<br><br>**ORDER** |

THIS MATTER having come before the Court upon the Order to Show Cause [Docket No. 5] directing Plaintiff to show cause before this Court why the Complaint and all claims against Defendants should not be dismissed for failure to file a compliant Plaintiff Fact Sheet ("PFS") in accordance with Case Management Order No. 16 in MDL 2875 [Docket No. 249]; and it appearing to the Court that Plaintiff has failed by the required deadline of Monday, April 28, 2025, to file a compliant PFS or otherwise show cause why the Complaint should not be dismissed;

**ACCORDINGLY, IT IS HEREBY**, on this **2nd** day of **May, 2025**,

**ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**; and it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

                                                **s/Renée Marie Bumb**
                                                RENÉE MARIE BUMB
                                                Chief United States District Judge